Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−21885−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Deborah Ross
PO Box 847
Alloway, NJ 08001

Social Security No.:
xxx−xx−0128

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           8/22/18
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 26, 2018
JAN: def

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                               Case No. 18-21885-ABA
Deborah Ross                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin                 Page 1 of 1                  Date Rcvd: Jun 26, 2018
                              Form ID: 132                Total Noticed: 11
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db             +Deborah Ross,    PO Box 847,    Alloway, NJ 08001-0847
517586618      +Client Service Inc,    3451 Harry S Truman Blvd,    St Charles, MO 63301-9816
517586616       Ditech Financial LLC Corp,    fka Green Tree Servicing LLC,    PO Box 6172,
                 Rapid City, SD 57709-6172
517586619      +RAS Citron LLC,    130 Clinton Road,    Ste 202,    Fairfield, NJ 07004-2927
517586620      +Stern Lavinthal & Frankenburg LLC,    105 Eisenhower Parkway,    Suite 302,
                 Roseland, NJ 07068-1640
517586615      +Superior Court of New Jersey,    Salem County Chancery Division,    Gloucester County Courthouse,
                 1 North Broad Street,    Woodbury, NJ 08096-4602
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 26 2018 23:58:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 26 2018 23:57:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517586617      +E-mail/Text: bankruptcy@cavps.com Jun 26 2018 23:58:18      Calvary Portfolio Service LLC,
                 PO Box 27288,    Tempe, AZ 85285-7288
517590007      +E-mail/Text: bankruptcy@cavps.com Jun 26 2018 23:58:19      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517588534      +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2018 00:10:54      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```