| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (CAMDEN)** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Kevin Buttery, Esq. (KB-3800) | Bankruptcy Petition No. 18-21885-ABA<br><br>CHAPTER 13<br><br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Deborah Ross,**<br>        **Debtor.** | |

# OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

DITECH FINANCIAL LLC ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 15), and states as follows:

1. Debtor, Deborah Ross ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 12, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 179 ERNEST GARTON RD, ALLOWAY, NJ 08001, by virtue of a Mortgage recorded on April 29, 2008 in Book 02375, at Page 00031 of the Public Records of Salem County, NJ. Said Mortgage secures a Note in the amount of $255,000.00.

3. The Debtor filed a Chapter 13 Plan on June 26, 2018.

4. The Plan fails to include treatment of Secured Creditor's claim. The subject property and claim are, however, listed in Debtor's schedules. Secured Creditor objects to the Plan and seeks clarification as to Debtor's intentions in regard to the subject property and claim.

5. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

    **WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections

stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

    RAS Citron, LLC
    Attorney for Secured Creditor
    130 Clinton Road, Suite 202
    Fairfield, NJ 07004
    Telephone Number 973-575-0707

By: /s/Kevin Buttery
Kevin Buttery, Esquire
NJ Bar Number KB-3800
Email: kbuttery@rascrane.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY (CAMDEN)** | |
| **RAS Citron, LLC** <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 07004 <br> Telephone Number 973-575-0707 <br> Attorneys For Secured Creditor <br><br> Kevin Buttery, Esq. (KB-3800) | Bankruptcy Petition No. 18-21885-ABA <br><br> CHAPTER 13 <br><br> **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:** <br><br> **Deborah Ross,** <br>     **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Kevin Buttery, represent DITECH FINANCIAL LLC in this matter.

2. On 8/1/2018, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

8/1/2018

                                 RAS Citron, LLC
                                 Attorney for Secured Creditor
                                 130 Clinton Road, Suite 202
                                 Fairfield, NJ 07004
                                 Telephone Number 973-575-0707

                                 By: /s/Kevin Buttery
                                 Kevin Buttery, Esquire
                                 NJ Bar Number KB-3800
                                 Email: kbuttery@rascrane.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Deborah Ross, PRO SE<br>PO Box 847<br>Alloway, NJ 08001 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002<br>(856) 663-5002 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>Dept of Justice<br>Office of the U.S. Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |