**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Order Filed on August 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br>Deborah Ross<br><br><br>               Debtors | Case No.:      18-21885 (ABA)<br>Chapter:        13<br>Hearing Date:  August 22, 2018<br>Judge:          Andrew B. Altenburg, Jr. |

**ORDER**

The relief set forth on the following page, numbered two through three is hereby **ORDERED**.

**DATED: August 30, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re: Deborah Ross*
*Case No.: 18-21885 (ABA)*
Order Regarding Continuation of Case

___

**THIS MATTER** having come before the court on the Confirmation of Plan; and for good cause shown; it is

**ORDERED** that the §341(a) Meeting of Creditors is hereby rescheduled to Thursday, September 27, 2018 at 9:00 a.m. at The Cherry Tree Corporate Center, 535 Route 38, Suite 180, Cherry Hill, New Jersey 08002; and

**IT IS FURTHER ORDERED** that Debtor shall comply with the Trustee's requests and shall provide the following documents to the Trustee no later than September 20, 2018:

1. Proof of all income for Debtor and non-filing spouse dated April 12, 2018, and June 12, 2018;
2. Proof of current income for Debtor and non-filing spouse;
3. Copy of 2017 Federal income tax return;
4. Comparative market analysis for the property located at 179 Ernest Garton Road, Alloway, New Jersey; and

**IT IS FURTHER ORDERED** that the confirmation hearing shall be rescheduled to November 28, 2018 at 10:00 a.m.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-21885-ABA
Deborah Ross                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin           Page 1 of 1         Date Rcvd: Aug 30, 2018
                          Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2018.
db             +Deborah Ross,    PO Box 847,    Alloway, NJ 08001-0847

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2018 at the address(es) listed below:
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Kevin M. Buttery    on behalf of Creditor    DITECH FINANCIAL LLC bkyefile@rasflaw.com
      Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                               TOTAL: 6