UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FILED
JEANNE A. NAUGHTON, CLERK
SEP 4 2018
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____

deborah:ross
care of P.O. Box 847
Alloway, New Jersey
Postal Extension [08001]

CASE NUMBER: 18-21885-ABA
OBJECTION TO
OBJECTION TO CONFIRMATION
OF DEBTOR'S CHAPTER 13 PLAN

---

**OBJECTION TO**
**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

I, deborah: ross, woman file this OBJECTION TO "OBJECTION TO CONFIRMATION **OF** DEBTOR'S CHAPTER 13 PLAN" ("OBJECTION TO CONFIRMATION"), filed by a Kevin Buttery, Esq. of RAS Citron, LLC claiming to be counsel for DITECH FINANCAL LLC. Undersigned objection to the recently discovered OBJECTION TO CONFIRMATION are as followed:

1. Undersigned object to Kevin Buttery, Esq. statement that DITECH FINANCIAL, LLC is a "Secured Creditor". Kevin Buttery, Esq. does not have the capacity to testify or make such a statement. Statements of counsel in brief or in argument **are not true facts** before this court and are therefore insufficient for summary conclusion. This lack of presentment by a witness possessing true facts, wet-ink-signed under penalty of perjury renders the OBJECTION TO CONFIRMATION void.

2. Undersigned object, whereas the statement that DITECH FINANCIA LLC is a "Secured Creditor" is **hearsay and misinformation** and has deprived this court of Subject Matter Jurisdiction and perpetrated fraud upon this court. DITECH FINANCIA LLC is not a creditor of the undersigned. There was no substantive positive evidence presented and **NO** firsthand competent material fact witness with proof of claim, wet-ink-signed under penalty of perjury to verify any evidence of DITECH FINANCIA, LLC being a "Secured Creditor" in this matter.

3. Undersigned has routinely been placed under threat, duress and coercion caused by others claiming to have authority to pursue alleged claims or *requests for information* or "payment" from her without ever presenting any evidence, with verifiable proof of claim, wet-ink-signed under penalty of perjury.

4. Undersigned object, undersigned has not had proper due process. Substantive Positive Due process has been denied absent any competent first hand material fact witness offering any verifiable proof, wet-ink-signed under penalty of perjury to known truth or facts on record in lieu to mere hearsay statements by attorney[s]. All mere unsubstantiated opinion[s] are off record and should be stricken and expunged from the record in this matter.

5. Undersigned object and holds the belief that people acting as public officials, attorneys and other debt collectors have routinely denied providing undersigned lawful evidence to support any allegations of claim(s) or loss(es) of any alleged creditor(s) or facts supporting any proposed claims signed under penalty of perjury and no such evidence to the contrary exists.

6. Undersigned object and submit that undersigned has not been presented with or witnessed any evidence, proof of claim(s), proof of loss(es), statements and/or representations, wet-ink-signed under penalty of perjury and believe no such evidence exists.

7. Undersigned object to Kevin Buttery Esq. addressing the name(s) of improper parties. The name(s) of a ROSS, DEBORAH ROSS, MICHAEL is not a party to this matter and therefore undersigned request that this OBJECTION TO CONFIRMATION be immediately stricken.

8. Undersigned object to Kevin Buttery Esq. referring to undersigned as "Pro Se", this is incorrect, on and for the record, the undersigned **is not "Pro Se"**. The undersigned is *Sui Juris* **and not "*Pro Se*"** in this case and no such evidence to the contrary exists.

9. Who is Kevin Buttery Esq. and by what authority does he have to intervene into

this matter. Kevin Buttery Esq. is not an injured party, is not a creditor, and does not have firsthand knowledge. Kevin Buttery Esq. and RAS Citron, LLC are third party debt collectors and each party so named has a license to collect a debt as registered with the New Jersey Secretary of State and are in violation of Federal Law, the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 *et seq.* Undersigned object.

10. Undersigned object to Kevin Buttery Esq. intervening into this matter as there is no claim with verifiable proof of claim, signed under penalty of perjury, that Kevin Buttery Esq. has Power of Attorney to represent the juristic person/corporate Entity known as DITECH FINANCIAL LLC, producing an existing contract between Kevin Buttery Esq. and DITECH FINANCIAL LLC to confirm said arrangement and I believe no such Power of Attorney exists.

11. There is no claim with verifiable proof of claim, signed under penalty of perjury, that affidavits and statements of facts are not proof of anything and will not be allowed to be presented at trial as per your judgment and I believe no claim exists.

12. There is no claim with verifiable proof of claim, signed under penalty of perjury, that sworn affidavits and statements of facts will/can not be admissible as evidence, when the evidence within the affidavits, will clearly prove the claims of the defendant and I believe no claim exists.

**Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent.**

Wherefore I, the undersigned, living-woman who has not harmed or injured anyone but have been trespass upon and injured by those making false claims against the undersigned request that the OBJECTION TO CONFIRMATION be dismissed and stricken from the record in this matter.

Date: 8/24/18                                                                                                deborah:ross

by: _deborah:ross_
All Rights Reserved Waiving None

## VERIFICATION AND DECLARATION

I the undersigned, the natural living woman, sentient being created by God verify with personal firsthand knowledge of matters set forth herein the foregoing "OBJECTION TO OBJECTION TO CONFIRMATION" to be true and correct as to my own knowledge and is presented to the Court in good faith and being of majority in age hereby declares as stated above and by my seal below:

Date: 8/24/18

deborah:ross

by: *deborah:ross*
All Rights Reserved Waiving None

**Certificate of Service**

Undersigned hereby certify that a copy of the foregoing "OBJECTION TO OBJECTION TO CONFIRMATION" was sent by certified EXPRESS MAIL, Certified mail to the person(s), attorney(s) and parties listed below.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Bankruptcy Clerk's office
401 Market Street
Camden New Jersey, 08102
Certified Mail # 7017 3040 0001 1709 8097

Kevin Buttery, in-esse, d/b/a KEVIN BUTTERY ESQUIRE,
NJ BAR Number KB-3800
RAS CITRON, LLC, 130 Clinton Road, Ste. 202,
Fairfield, NJ 07004,
Registered Mail # RE 417 487 897 US

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38
Cherry Hill, New Jersey 08002
Certified Mail # 7017 3040 0001 1709 8103

Done this 24 day of August, 2018 by: _deborah: reed_