UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on February 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br>Deborah Ross | Case No.: 18-21885-ABA |
| | Chapter: 13 |
| | Hearing Date: February 11, 2019 |
| | Judge: Andrew B. Altenburg, Jr. |

# ORDER DENYING MOTION TO VACATE DISMISSAL

The relief set forth on the following page, numbered two through, is hereby **ORDERED**.

**DATED: February 11, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Debrorah Ross*
*Case No.: 18-21885-ABA*
Order Denying Motion to Vacate Dismissal
Page | 2

---

**THIS MATTER** having come before the court by the debtor's Motion to Vacate Dismissal of Case (Doc. No. 42); and after a hearing held February 11, 2019;

And for the reasons set forth on the record; and for good cause shown; it is

**ORDERED** that the debtor's motion is denied with prejudice.

The court reserves the right to revise its findings of fact and conclusions of law.