UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on February 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 18-21885-ABA |
|---|---|---|
| Deborah Ross | Chapter: | 13 |
| | Hearing Date: | February 11, 2019 |
| | Judge: | Andrew B. Altenburg, Jr. |

## ORDER DENYING MOTION TO VACATE DISMISSAL

The relief set forth on the following page, numbered two through, is hereby **ORDERED**.

**DATED: February 11, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Debrorah Ross*
*Case No.: 18-21885-ABA*
Order Denying Motion to Vacate Dismissal
Page | 2
_____

**THIS MATTER** having come before the court by the debtor's Motion to Vacate Dismissal of Case (Doc. No. 42); and after a hearing held February 11, 2019;

And for the reasons set forth on the record; and for good cause shown; it is

**ORDERED** that the debtor's motion is denied with prejudice.

The court reserves the right to revise its findings of fact and conclusions of law.

United States Bankruptcy Court
District of New Jersey

In re:  
Deborah Ross  
      Debtor

Case No. 18-21885-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 11, 2019  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2019.  
db           +Deborah Ross,    PO Box 847,    Alloway, NJ 08001-0847

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2019 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
         Kevin M. Buttery    on behalf of Creditor    DITECH FINANCIAL LLC bkyefile@rasflaw.com  
         Laura M. Egerman    on behalf of Creditor    DITECH FINANCIAL LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         R. A. Lebron    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com  
         Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                 TOTAL: 9