# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY
# CAMDEN DIVISIONAL OFFICE

February 22, 2019

In Re: Deborah Ross
    Case No. 18-21885-ABA

Subject: Notice of Appeal filed February 22, 2019

To: Deborah Ross, Appellant

In connection with your Notice of Appeal filed in the above-captioned matter, enclosed herewith is a copy of the docket entries in this case for use in the preparation of your Designation of Record on Appeal.

It is requested that, in addition to a complete description of the documents you wish to designate for the appeal record, you include the document numbers as they appear on the docket.  This will greatly assist the Clerk's Office in the preparation and expeditious transmittal of an accurate record to the United States District Court.

Additionally, items noted on the Court's docket as "Minute" or "Hearing Held" are the Court's notes of a hearing conducted.  To designate these items as part of the appeal record, the designating party must order a transcript of the hearing held. Contact the Court for the procedures for placing a transcript order.

Your cooperation in this matter will be appreciated and will work to our mutual benefit.

Please direct all inquiries regarding this matter to United States Bankruptcy Court, 401 Market Street, PO Box 2067, Camden, New Jersey 08101-2067 or (856) 361-2300.

Jeanne A. Naughton, Clerk of Court

By: /s/ Elizabeth Grassia, Deputy Clerk

Official Form 417A (12/18)

IN RE: DEBORAH ROSS
By: Deborah Ross, Beneficiary
Appellant

vs

Federal National Mortgage Association/Ditech Financial, LLC
Appellee

**FILED**
JEANNE A. NAUGHTON, CLERK
FEB 22 2019
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

Chapter 13 Case No. 18-21885-ABA

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Deborah Ross , Beneficiary of DEBORAH ROSS

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: ORDER DENYING MOTION TO VACATE DISMISSAL

2. State the date on which the judgment, order, or decree was entered: 02/11/2019

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Chapter 13 Trustee    Attorney: Jane L. McDonald behalf of Trustee Isabel C. Balboa, Esq.,
   Chapter 13 Standing Trustee
   Cherry Tree Corp. Center
   ~~Route 38, Suite 580~~
   ~~Cherry Hill, NJ 08002-2977~~

2. Party: Federal National Mortgage Association et al    Attorney: R.A. Lebron, Esq.
   FEIN, SUCH, KAHN & SHEPARD, PC
   7 Century Dr., Suite 201
   Parsippany, NJ 07054

3. Party: Ditech Financial LLC    Attorney: Denise Carlon
   KML Law Group, PC
   216 Haddon Ave., Ste. 406
   Westmont, NJ 08108

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

By: _Deborah Ross_ L.S.      Date: 02/19/2019
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Deborah Ross , Beneficiary of DEBORAH ROSS
c/o P.O. Box 847
Alloway, New Jersey 08001


Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on February 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: Deborah Ross | Case No.: | 18-21885-ABA |
|---|---|---|
| | Chapter: | 13 |
| | Hearing Date: | February 11, 2019 |
| | Judge: | Andrew B. Altenburg, Jr. |

## ORDER DENYING MOTION TO VACATE DISMISSAL

The relief set forth on the following page, numbered two through, is hereby **ORDERED**.

**DATED: February 11, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 18-21885-ABA    Doc 53    Filed 02/22/19    Entered 02/22/19 15:05:12    Desc Main
Document    Page 5 of 13

*In re Debrorah Ross*
*Case No.: 18-21885-ABA*
Order Denying Motion to Vacate Dismissal
Page | 2

**THIS MATTER** having come before the court by the debtor's Motion to Vacate Dismissal of Case (Doc. No. 42); and after a hearing held February 11, 2019;

And for the reasons set forth on the record; and for good cause shown; it is

**ORDERED** that the debtor's motion is denied with prejudice.

The court reserves the right to revise its findings of fact and conclusions of law.

005825     1 4 3 1 0 0 0 5 8 3 0 0 1 4

```
UNITED STATES
BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

# 427112    — PR

February 22, 2019
   11:37:41


DOC ON APP+NOTIC
   18-21885
Debtor.: DEBORAH ROSS
Amount.:              $298.00 CH
Check#.: 51359140181



Total-> $298.00


FROM: DEBORAH ROSS
```

**DISMISSED, APPEAL, REOPEN, DebtEd, SUPDIS**

# U.S. Bankruptcy Court
## District of New Jersey (Camden)
### Bankruptcy Petition #: 18-21885-ABA

*Date filed:* 06/12/2018
*Date reopened:* 01/14/2019
*Debtor dismissed:* 11/29/2018
*341 meeting:* 09/27/2018

*Assigned to:* Judge Andrew B. Altenburg Jr.
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| *Debtor* <br> **Deborah Ross** <br> PO Box 847 <br> Alloway, NJ 08001 <br> SALEM-NJ <br> SSN / ITIN: xxx-xx-0128 | represented by **Deborah Ross** <br> PRO SE |
| *Trustee* <br> **Isabel C. Balboa** <br> Chapter 13 Standing Trustee <br> Cherry Tree Corporate Center <br> 535 Route 38 - Suite 580 <br> Cherry Hill, NJ 08002 <br> (856) 663-5002 | represented by **Isabel C. Balboa** <br> Chapter 13 Standing Trustee <br> Cherry Tree Corporate Center <br> 535 Route 38 - Suite 580 <br> Cherry Hill, NJ 08002 <br> (856) 663-5002 <br> Email: ecfmail@standingtrustee.com <br><br> **Jane L. McDonald** <br> Office of Chaper 13 Trustee <br> 535 Rt. 38 <br> Suite 580 <br> Cherry Hill, NJ 08002 <br> (856) 663-5002 <br> Email: ecf@standingtrustee.com |
| *U.S. Trustee* <br> **U.S. Trustee** <br> US Dept of Justice <br> Office of the US Trustee <br> One Newark Center Ste 2100 <br> Newark, NJ 07102 <br> (973) 645-3014 | |

| Filing Date | # | Docket Text |
|---|---|---|
| 06/12/2018 | 1 | Chapter 13 Voluntary Petition Filed by Deborah Ross . Declaration About an Individuals Schedules .Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (122C-1) .Chapter 13 Calculation of Your Disposable Income (122C-2), If Applicable . Chapter 13 Plan . Schedule(s) A/B,C,D,E/F,G,H,I,J.Statement of Financial Affairs for Individuals .Summary of Your Assets and Liabilities and Certain Statistical Information for Individuals . Incomplete Filings due by 6/26/2018. (kvr) Additional attachment(s) added on 6/12/2018 (mef). (Entered: 06/12/2018) |
| 06/12/2018 |  | Receipt of Case Filing Fee -- Fee Amount $ 310.00, Receipt Number 425496. Fee received from Deborah Ross (kvr) (Entered: 06/12/2018) |
| 06/12/2018 | 4 | Certificate of Credit Counseling filed by Deborah Ross. (bed) (Entered: 06/13/2018) |
| 06/12/2018 | 5 | Photo ID of pro se debtor filed. (bed) (Entered: 06/13/2018) |
| 06/12/2018 | 6 | Statement of Social Security filed by Deborah Ross . (bed) (Entered: 06/13/2018) |
| 06/12/2018 | 7 | Order to Show Cause Why Case Should Not be Dismissed for re: Failure to File Missing Documents. Missing Documents: Summary of Assets/Liabilities and Stat Info, Declaration About An Individuals Scheds, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calc of Commitment Period(122C-1), Calculation of Your Disposable Income (122C-2) - If Applicable, Ch. 13 Plan and Motions (LOCAL FORM), Schedules A/B,C,D,E/F,G,H,I,J,. If an objection is filed a hearing will be held on: July 3, 2018 at 10:00 am Courtroom 4B. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/12/2018. Objection to Order to Show Cause due by 6/26/2018. (bed) (Entered: 06/13/2018) |
| 06/13/2018 | 2 | Meeting of Creditors and Notice of Appointment of Trustee Isabel C. Balboa, with 341(a) meeting to be held on 07/12/2018 at 10:00 AM at Cherry Hill Chapter 13 (Camden).Complaint to determine dischargeability of certain debts deadline: 09/10/2018. Proof of claim due by 08/21/2018. (Entered: 06/13/2018) |
| 06/13/2018 | 3 | Notice of Appearance and Request for Service of Notice.. (Smith, Valerie) (Entered: 06/13/2018) |
| 06/13/2018 |  | Street address of Debtor: 179 Ernest Garton Road Alloway, NJ 08001 (bed) (Entered: 06/13/2018) |
| 06/15/2018 | 8 | Notice and Order to Pay Trustee No. of Notices: 1. Notice Date 06/15/2018. (Admin.) (Entered: 06/16/2018) |
| 06/15/2018 | 9 | BNC Certificate of Notice - Meeting of Creditors. No. of Notices: 6. Notice Date 06/15/2018. (Admin.) (Entered: 06/16/2018) |
| 06/15/2018 | 10 | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 06/15/2018. (Admin.) (Entered: 06/16/2018) |

| | | |
|---|---|---|
| 06/18/2018 | 🌐 11 | Notice of Appearance and Request for Service of Notice filed by Rebecca Ann Solarz on behalf of DITECH FINANCIAL LLC. (Solarz, Rebecca) (Entered: 06/18/2018) |
| 06/26/2018 | 🌐 12 | AMENDED Statement of Social Security filed by Deborah Ross . (def) (Entered: 06/26/2018) |
| 06/26/2018 | 🌐 13 | Amended Schedule(s) : Other Schedules re: Voluntary Petition filed by Deborah Ross. (def) (Entered: 06/26/2018) |
| 06/26/2018 | 🌐 14 | Missing Document(s): Declaration About An Individuals Schedules, Statement of Financial Affairs For Individuals, Statement of Your Current Monthly Income & Calc of Commitment Period(122C-1), Summary of Assets/Liabilities and Stat Info, Schedules A/B,C,D,E/F,G,H,I,J filed by Deborah Ross. ALL DOCUMENTS FILED - NO ADDITIONAL CREDITORS LISTED (def) (Entered: 06/26/2018) |
| 06/26/2018 | 🌐 15 | Chapter 13 Plan. Filed by Deborah Ross. (def) (Entered: 06/26/2018) |
| 06/26/2018 | 🌐 16 | Confirmation Hearing Scheduled (related document:15 Chapter 13 Plan. Filed by Deborah Ross. (def)). Confirmation hearing to be held on 8/22/2018 at 10:00 AM at ABA - Courtroom 4B, Camden. Last day to Object to Confirmation 8/15/2018. (def) (Entered: 06/26/2018) |
| 06/28/2018 | 🌐 17 | BNC Certificate of Notice - Chapter 13 Confirmation Hearing No. of Notices: 6. Notice Date 06/28/2018. (Admin.) (Entered: 06/29/2018) |
| 06/28/2018 | 🌐 18 | BNC Certificate of Notice - Chapter 13 Plan No. of Notices: 6. Notice Date 06/28/2018. (Admin.) (Entered: 06/29/2018) |
| 07/03/2018 | 🌐 19 | Notice of Appearance and Request for Service of Notice filed by Laura M. Egerman on behalf of DITECH FINANCIAL LLC. (Egerman, Laura) (Entered: 07/03/2018) |
| 08/01/2018 | 🌐 20 | Objection to Confirmation of Plan (related document:15 Chapter 13 Plan. Filed by Deborah Ross. (def) filed by Debtor Deborah Ross) filed by Kevin M. Buttery on behalf of DITECH FINANCIAL LLC. (Buttery, Kevin) (Entered: 08/01/2018) |
| 08/20/2018 | 🌐 21 | Document re: Letter to Hon. Andrew B. Altenburg, Jr. regarding rescheduling Confirmation Hearing, Subpoena Duces Tecum, Foreign Agents Registration, etc. filed by Deborah Ross. (ld) (Entered: 08/21/2018) |
| 08/21/2018 | 🌐 22 | Letter Response to Debtor (related document:21 Document filed by Debtor Deborah Ross) (Attachments: # 1 Local Rule # 2 Motion Packet) (ld) (Entered: 08/21/2018) |
| 08/22/2018 | 🌐 | Statement Adjourning 341(a) Meeting of Creditors (related document:2 Auto Assignment Meeting of Creditors - Add Trustee; Chapter 13) filed by Isabel C. Balboa. 341(a) Meeting Continued to 9/27/2018 at 09:00 AM at Cherry Hill Chapter 13 (Camden). (Balboa, Isabel) (Entered: 08/22/2018) |
| 08/22/2018 | 🌐 23 | Certification Concerning Order to be Submitted filed by Isabel C. Balboa on behalf of Isabel C. Balboa. (Balboa, Isabel) (Entered: 08/22/2018) |

| | | |
|---|---|---|
| 08/22/2018 | ● | Minute of 08/22/2018 OUTCOME: Trustee To Submit Order. (related document(s): 15 Chapter 13 Plan and Motions filed by Deborah Ross) (ml) (Entered: 08/22/2018) |
| 08/27/2018 | ● 24 | Notice of Requirement to File Financial Management Course Certificate (admin) (Entered: 08/27/2018) |
| 08/29/2018 | ● 25 | BNC Certificate of Notice. No. of Notices: 1. Notice Date 08/29/2018. (Admin.) (Entered: 08/30/2018) |
| 08/30/2018 | ● 26 | Order as to requirements for 341 meeting of creditors continued to 9/27/18 at 9 am Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/30/2018. (bc) (Entered: 08/30/2018) |
| 09/01/2018 | ● 27 | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 09/01/2018. (Admin.) (Entered: 09/02/2018) |
| 09/01/2018 | ● 28 | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 09/01/2018. (Admin.) (Entered: 09/02/2018) |
| 09/04/2018 | ● 29 | Objection to Objection of Confirmation of Chapter 13 Plan (related document:20 Objection to Confirmation of Plan (related document:15 Chapter 13 Plan. Filed by Deborah Ross. (def) filed by Debtor Deborah Ross) filed by Kevin M. Buttery on behalf of DITECH FINANCIAL LLC. filed by Creditor DITECH FINANCIAL LLC) filed by Deborah Ross. (bed) Modified on 9/10/2018 MODIFIED FILED DATE TO READ 09/04/2018 (mrm). (Entered: 09/05/2018) |
| 09/10/2018 | ● 30 | Notice of Appearance and Request for Service of Notice filed by R. A. Lebron on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Lebron, R.) (Entered: 09/10/2018) |
| 09/17/2018 | ● 31 | Motion for Relief from Co-Debtor Stay of Michael Ross, in addition to Motion for Relief from Stay re: re: 179 Ernest Garton Road, Alloway, NJ, 08001. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of DITECH FINANCIAL LLC. Hearing scheduled for 10/9/2018 at 10:00 AM at ABA - Courtroom 4B, Camden. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit # 3 Proposed Order # 4 Loan Documents # 5 Certificate of Service) (Carlon, Denise) (Entered: 09/17/2018) |
| 09/17/2018 | | Receipt of filing fee for Motion for Relief From Stay( 18-21885-ABA) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number A37089314, fee amount $ 181.00. (re: Doc#31) (U.S. Treasury) (Entered: 09/17/2018) |
| 09/18/2018 | ● 32 | Document re: Commercial Afidavit - Notice of Interest filed by Deborah Ross. (def) (Entered: 09/18/2018) |
| 10/09/2018 | ● | Minute of 10/09/2018 OUTCOME: Granted (related document(s): 31 Motion for Relief from Co-Debtor Stay filed by DITECH FINANCIAL LLC) (ml) (Entered: 10/09/2018) |

| | | |
|---|---|---|
| 10/09/2018 | 🌐 33 | Order Granting Motion For Relief From Co-Debtor Stay (Related Doc # 31). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice., Granting Motion For Relief From Stay re: 179 Ernest Garton Rd, Alloway, NJ 08001 (Related Doc # 31). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/9/2018. (bc) (Entered: 10/10/2018) |
| 10/12/2018 | 🌐 34 | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 10/12/2018. (Admin.) (Entered: 10/13/2018) |
| 11/28/2018 | 🌐 | Minute of 11/28/2018 OUTCOME: Dismissed (related document(s): 15 Chapter 13 Plan and Motions filed by Deborah Ross) (ml) (Entered: 11/28/2018) |
| 11/29/2018 | 🌐 35 | Order Dismissing Case for Debtor (related document:15 Chapter 13 Plan and Motions filed by Debtor Deborah Ross). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/29/2018. (bc) (Entered: 11/29/2018) |
| 12/01/2018 | 🌐 36 | BNC Certificate of Notice - Order Dismissing Case. No. of Notices: 8. Notice Date 12/01/2018. (Admin.) (Entered: 12/02/2018) |
| 12/01/2018 | 🌐 37 | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 12/01/2018. (Admin.) (Entered: 12/02/2018) |
| 12/03/2018 | 🌐 38 | Chapter 13 Trustee Final Report and Account (Dismissal) filed by Isabel C. Balboa. (Balboa, Isabel) (Entered: 12/03/2018) |
| 12/28/2018 | 🌐 39 | GENERAL ORDER INCORPORATING BY REFERENCE STANDING ORDER 18-4 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY AS APPLIED TO BANKRUPTCY CASES AND ADVERSARY PROCEEDINGS. All litigation in a bankruptcy case or adversary proceeding pending in the United States Bankruptcy Court for the District of New Jersey involving as a party the United States of America, its agencies, and/or any other party represented by the Department of Justice or the United States Attorneys Office is immediately suspended, and held in abeyance continuing either (1) until the federal government is funded through congressional appropriation, or (2) for a period of 30 days from the date of the District Court Standing Order 18-4, whichever comes sooner. This Order includes as to the United States, the Department of Justice, or the U.S. Attorneys Office, the suspension of all pending deadlines to file proofs of claim, objections to: discharge, dischargeability, and confirmation of cases under Chapter 11 or Chapter 13 of the Bankruptcy Code for this period. Notice of the entry of this order under Fed. R. Bankr. P. 9022 has been given to the following parties in this case: All registered efiling attorneys, self-represented debtors (if this is a bankruptcy case,) or self-represented plaintiffs and defendants (if this is an adversary proceeding.) Please see the Court's website, njb.uscourts.gov for more information as it becomes available.. (ld) (Entered: 12/31/2018) |
| 01/04/2019 | 🌐 40 | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 01/04/2019. (Admin.) (Entered: 01/05/2019) |

| | | |
|---|---|---|
| 01/10/2019 | ●41 | Final Decree; The following parties were served: Trustee and US Trustee. (bed) (Entered: 01/10/2019) |
| 01/10/2019 | ● | Bankruptcy Case Closed. (bed) (Entered: 01/10/2019) |
| 01/11/2019 | ●42 | Motion to Vacate Dismissal of Case Filed by Deborah Ross. Hearing scheduled for 2/11/2019 at 10:00 AM at ABA - Courtroom 4B, Camden. (Attachments: # 1 Brief # 2 Certificate of Service # 3 Proposed Order # 4 Affidavit) (bc) Modified on 1/14/2019 TO INDICATE THAT THIS IS ALSO REQUESTING THAT STAY BE REINSTATED (Compton, Bruce). (Entered: 01/14/2019) |
| 01/14/2019 | ● | Bankruptcy Case Reopened Administratively (mrm) (Entered: 01/14/2019) |
| 01/14/2019 | ●43 | Application to Shorten Time (related document:42 Motion to Vacate Dismissal of Case filed by Debtor Deborah Ross) Filed by Deborah Ross. (Attachments: # 1 Proposed Order) (bc) Modified on 1/14/2019 TO INDICATE REQUEST TO SHORTEN TIME IS DENIED BY THE COURT (Compton, Bruce). (Entered: 01/14/2019) |
| 01/14/2019 | ●44 | Notice of Hearing for (related document:42 Motion to Vacate Dismissal of Case Filed by Deborah Ross. Hearing scheduled for 2/11/2019 at 10:00 AM at ABA - Courtroom 4B, Camden. (bc) The following parties were served: Debtor, Trustee, and US Trustee. (bc) (Entered: 01/14/2019) |
| 01/16/2019 | ●45 | Objection to (related document:42 Motion to Vacate Dismissal of Case Filed by Deborah Ross. Hearing scheduled for 2/11/2019 at 10:00 AM at ABA - Courtroom 4B, Camden. (Attachments: # 1 Brief # 2 Certificate of Service # 3 Proposed Order # 4 Affidavit) (bc) Modified on 1/14/2019 TO INDICATE THAT THIS IS ALSO REQUESTING THAT STAY BE REINSTATED. filed by Debtor Deborah Ross) filed by Jane L. McDonald on behalf of Isabel C. Balboa. (Attachments: # 1 Certificate of Service) (McDonald, Jane) (Entered: 01/16/2019) |
| 01/16/2019 | ●46 | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 01/16/2019. (Admin.) (Entered: 01/17/2019) |
| 01/28/2019 | ●47 | Objection to Trustee's Objection to Motion to Vacate Order of Dismissal (related document:42 Motion to Vacate Dismissal of Case Filed by Deborah Ross. Hearing scheduled for 2/11/2019 at 10:00 AM at ABA - Courtroom 4B, Camden. (Attachments: # 1 Brief # 2 Certificate of Service # 3 Proposed Order # 4 Affidavit) (bc) Modified on 1/14/2019 TO INDICATE THAT THIS IS ALSO REQUESTING THAT STAY BE REINSTATED. filed by Debtor Deborah Ross) filed by Deborah Ross. (bed) (Entered: 01/28/2019) |
| 02/04/2019 | ●48 | Objection to MOTION TO VACATE DISMISSAL OF CASE AND TO VACATE ORDER VACATING STAY (related document:42 Motion to Vacate Dismissal of Case Filed by Deborah Ross. Hearing scheduled for 2/11/2019 at 10:00 AM at ABA - Courtroom 4B, Camden. (Attachments: # 1 Brief # 2 Certificate of Service # 3 Proposed Order # 4 Affidavit) (bc) Modified on 1/14/2019 TO INDICATE THAT THIS IS ALSO REQUESTING THAT STAY BE REINSTATED. filed by Debtor Deborah Ross) filed by R. A. Lebron on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Exhibit A # 2 Certificate of Service) (Lebron, R.) (Entered: 02/04/2019) |

| | | |
|---|---|---|
| 02/11/2019 | | Minute of 02/11/2019 OUTCOME: Denied with Prejudice. (related document(s): [42](#) Motion to Vacate Dismissal of Case filed by Deborah Ross) (ml)SEE PDF WITH ATTACHED AUDIO FILE DOCKET # 49 Related document(s) [49](#). Modified on 2/11/2019 (ml). (Entered: 02/11/2019) |
| 02/11/2019 | [49](#) | PDF with attached Audio File. Court Date & Time [ 2/11/2019 10:46:24 AM ]. File Size [ 3056 KB ]. Run Time [ 00:06:22 ]. (admin). (Entered: 02/11/2019) |
| 02/11/2019 | [50](#) | Order Denying Motion To Vacate Dismissal of Case (Related Doc # [42](#)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/11/2019. (ml) (Entered: 02/11/2019) |
| 02/13/2019 | [51](#) | BNC Certificate of Notice - Order No. of Notices: 1. Notice Date 02/13/2019. (Admin.) (Entered: 02/14/2019) |
| 02/22/2019 | [52](#) | Notice of Appeal to United States District Court. (related document:[50](#) Order on Motion to Vacate Dismissal of Case). Receipt Number 427112, Fee Amount $ 298.00. Filed by Deborah Ross. Appellant Designation due by 3/8/2019. Transmission of Designation Due by 3/25/2019. (Attachments: # [1](#) Certificate of Service) (eag) (Entered: 02/22/2019) |