# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

In re:

Deborah Ross

Bankruptcy Case No.: 18-21885

Debtor

Civ. Action No.: 19-cv-06711 RBK

## ORDER DISMISSING APPEAL

IT APPEARING to the Court that on February 22, 2019 a Notice of Appeal was filed from the order of the U.S. Bankruptcy Court dated February 11, 2019 and entitled Order Denying Motion To Vacate Dismissal of Case ; and

IT FURTHER appearing to the Court that the appellant has not filed a designation of record on appeal and statement of issues under Federal Rule of Bankruptcy Procedure 8009, nor has applied for an extension of time to do so, and that the time for filing of same has expired;

IT IS, on this 30th day of July , 20 ___

ORDERED, that the Notice of Appeal in this matter is dismissed under Federal Rule of Bankruptcy Procedure 8003 for failure to comply with Federal Rule of Bankruptcy Procedure 8009.

Judge, United States District Court

*rev.8/26/15*